UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO,<br><br>       Petitioner,<br><br>  -against-<br><br>NATIONAL DRYWALL, INC.,<br><br>       Respondent. | 25-CV-2348 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On March 21, 2025, petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that petitioner shall file and serve any additional materials with which it intends to support their petition to confirm by **APRIL 17, 2025**. Respondent's opposition, if any, is due on **MAY 8, 2025**. Petitioner's reply, if any, is due **MAY 15, 2025**.

  Petitioner shall serve the petition and all supporting papers, as well as this Order, upon respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **MARCH 31, 2025**, and shall file an affidavit of such service with the court no later than **APRIL 1, 2025**.

  SO ORDERED.

Dated: March 27, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge