UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Painters of Greater New York Local )
Union 1974, Affiliated with International Union of Allied )
Painters and Allied Trades, AFL-CIO, )
)
)
)
)         Index No.: 25-cv-02348-AS
Petitioner, )
)         **JUDGMENT**
)
)
-against- )
)
National Drywall Inc., )
)
)
)
Respondent. )

---

This action having been commenced on March 21, 2025 by the filing of the Petition, and a copy of the Summons and Petition having been served on the Respondent National Drywall Inc. on March 26, 2025 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on March 31, 2025 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioners have judgment against Respondent in the liquidated amount of Eight Thousand Four Hundred Eighty Two Dollars and Seventy Seven Cents ($8,482.77), which includes the following: Decision and Award of the Joint Trade Board amount due and owing in the sum of $4,410.77, attorney's fees in the sum of $3,540.00 and court costs and disbursements in the sum of $532.00.

1

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioner be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  New York, New York
        August 4, 2025

So Ordered:

_____
Honorable Arun Subramanian, U.S.D.J.