UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO,

                Petitioner,

-against-

National Drywall Inc.,

                Respondent.

25-cv-2348 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    As a final judgment has been entered, *see* Dkt. 14, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: August 22, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge